IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 11 |
| | ) | |
| ANDY'S TIRE SHOP INC. | ) | JUDGE PAMELA HOLLIS |
| | ) | |
| DEBTOR. | ) | CASE NO. 09-14045 |

## NOTICE OF MOTION

TO: See Attached Service List

PLEASE TAKE NOTICE that on June 24, 2010, at the hour of 10:30 a.m. or as soon thereafter as counsel may be heard, a hearing on the attached <u>MOTION FOR ENTRY OF FINAL DECREE</u> will be heard before the Honorable Pamela Hollis, Bankruptcy Judge at 219 S. Dearborn, Room 644, Chicago, Illinois, or before any other bankruptcy Judge sitting in his stead.

AT WHICH TIME AND PLACE YOU MAY APPEAR IF YOU SEE FIT.

Law Offices of Paul M. Bach
Paul M. Bach
P.O. Box 1285
Northbrook, IL 60065
(847) 564-0808

## CERTIFICATE OF SERVICE

I, Paul M. Bach, an attorney, on oath, certify that I served a copy of the above **Notice**, together with the attached **Motion and all Attachments**, by First Class US Mail postage prepaid on all parties on the attached service list on May 27, 2010.

/s/ Paul M. Bach

## Service List

**ANDY'S TIRE SHOP INC.**
PO Box 34320
Chicago, IL 60634

**United States Trustee**
219 S. Dearborn Street
Chicago, Illinois 60604

**American Express Business Gold**
Box 0001
Los Angeles, CA 90096-0001
(13808245)
(cr)

**American Express Business Mangement**
Box 0001
Los Angeles, CA 90096-0001
(13808246)
(cr)

**Citi Business Card**
P.O. Box 688917
Des Moines, IA 50368-8917
(13808247)
(cr)

**Commercial Collections Inc.**
P.O. Box 250957
Milwaukee, WI 53225
(13808248)
(cr)

**Fifth Third Bank**
P.O. Box 63900
Cincinnati, OH 45263
(13808249)
(cr)

**Fifth Third Center**
38 Fountain Square Plaza
MD 1-om-64
Cincinnati, OH 45263
(13808250)
(cr)

**First Equity Card Corp**
P.O. Box 23029
Columbus, GA 31902-3029
(13808251)
(cr)

**First Equity Card Corp.**
Account Inquiries
P.O. Box 84075
Columbus, GA 31901-4075
(13808252)
(cr)

**Freeman Tire Corp**
700 Gateway Dr
Bolingbrook, IL 60440
(13808253)
(cr)

**GM Card (HSBC)**
P.O. Box 37281
Baltimore, MD 21297-3281
(13808254)
(cr)

**Goodyear**
200 Thorndale Avenue
Bensenville, IL 60106

(13808255)
(cr)

**Pomps**
PO Box 1630
Green Bay, WI 54305-1630

(13808256)
(cr)

**Tire Centers, LLC**
534 Territorial Dr
Unit B
Bolingbrook, IL 60440

(13808257)
(cr)

**Tire Tracks**
18612 NW Frontage Rd
Shorewood, IL 60404-9655

(13808258)
(cr)

**US Auto Force**
425 S Washington St
Combined Locks, WI 54113

(13808259)
(cr)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 11 |
| | ) | |
| ANDY'S TIRE SHOP INC. | ) | JUDGE PAMELA HOLLIS |
| | ) | |
| DEBTOR. | ) | CASE NO. 09-14045 |

## MOTION FOR ENTRY OF FINAL DECREE

NOW COME the Debtor and Debtor in Possession, **ANDY'S TIRE SHOP INC.**, by their attorneys PAUL M. BACH of BACH LAW OFFICES, and ask this Honorable Court to enter a final decree. In support thereof, the Debtor and Debtor in Possession states as follows:

1. On April 21, 2009, the Debtors filed a Voluntary Petition For Relief, according to the provisions of Chapter 1 of the Code.

2. On March 18, 2010, this Court held a hearing and confirmed entered an Order pursuant to Section 1129 of the bankruptcy Code confirming the Debtors' Amended Plan of Reorganization.

3. Pursuant to the Confirmed Plan, Debtors' Payments to Class 1 creditors (administrative) are to be paid upon approval of the claims by the court. The claim of Paul M. Bach and Penelope N. Bach have not yet been approved, and, therefore, have not been paid.

4. Pursuant to the Confirmed Plan, Debtors' payments to Class 2 creditors (impaired unsecured non priority creditors) has begun, and, as this date has not been completed.

5. Pursuant to the Confirmed Plan, Debtors' payments to the Class 3 creditor (Fifth Third Bank-secured and not impaired) has continued and begun.

6. The plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code.

7. Debtor's requests that this Court enter a final decree closing this Chapter 11 case. The final decree should expressly reserve jurisdiction in this Court for all pending matters, all final fee hearings, and those matters enumerated in Article VI of the Plan.

WHEREFORE, the debtors and debtors in possession, ANDY'S TIRE SHOP INC., INC., asks this Honorable Court to enter an Final Decree closing this Chapter 11 case with an express reservation of jurisdiction and for such other relief as is just and equitable.

Respectfully submitted,
ANDY'S TIRE SHOP INC.

BY:/s/Paul M. Bach
One of their attorneys

Paul M. Bach
Bach Law Offices
P.O. Box 1285
Northbrook, Illinois 60065
(847) 564-0808