IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 11 |
| | ) | |
| ANDY'S TIRE SHOP INC. | ) | JUDGE PAMELA HOLLIS |
| | ) | |
| DEBTOR. | ) | CASE NO. 09-14045 |

### FINAL DECREE

AT CHICAGO, ILLINOIS in said Division and District before the Honorable Pamela Hollis, Bankruptcy Judge, this 24th day of June, 2010:

This matter coming to be heard upon the motion of ANDY'S TIRE SHOP, INC., Debtors herein, for entry of final decree; proper notice having been provided; no creditor or party in interest having objected to the entry of a final decree; and this Court being fully advised in the premises; Now, therefore IT IS HEREBY ORDERED:

1. Subject to the provisions of this Final Decree and the Plan confirmed by this Court on March 18, 2010 this Chapter 11 case is closed, and

2. This Court expressly reserves jurisdiction for all matters pending before this Court, all fee petitions, those matters enumerated in Article VI of the Plan and such other matters as this Court deems appropriate.

Dated: **JUN 2 4 2010**

_____
/Bankruptcy Judge

Paul M. Bach
Bach Law Offices
P.O. Box 1285
Northbrook, Illinois 60065
(847) 564-0808